UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN R. ROSS,<br><br>    Plaintiff,<br><br>    v.<br><br>GUERRERO, et al.,<br><br>    Defendants.<br>_____ | 1:04-CV-05673-OWW-SMS-P<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE A RESPONSE TO MOTION FOR SUMMARY JUDGMENT (DOCUMENT #29) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On April 25, 2005, plaintiff filed a motion to extend time to file a response to the motion for summary judgment filed by defendants on April 14, 2005. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file a response to the motion for summary judgment.

IT IS SO ORDERED.

**Dated:   May 3, 2005**
b6edp0
                                   **/s/ Sandra M. Snyder**
                                   UNITED STATES MAGISTRATE JUDGE