# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN RONNEL ROSS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>GUERRERO,<br><br>　　　　　　Defendant.<br>_____/ | CV F   04 5673 OWW SMS P<br><br>ORDER DENYING MOTION TO COMPEL (Doc. 31-1)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME (Doc. 31-2) |

Alvin Ronnel Ross ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On May 10, 2005, Plaintiff filed a Motion to Compel Defendant to Produce a Complete Copy of his Deposition. Plaintiff also moves for an extension of time to oppose the pending Motion for Summary Judgment. Plaintiff indicates that he cannot dispute any of Defendants assertions without having a complete copy of the deposition.

In an Order denying Plaintiff's Motion to Compel issued December 20, 2004 (Court Doc. 12), Plaintiff was informed that the Motion was not in compliance with Rule 37 (a) of the Federal Rules of Civil Procedure. Despite being informed of the requirements of filing a Motion to Compel, Plaintiff again submits a Motion to Compel that does not contain a certification that

1

1 | Plaintiff attempted to meet and confer with Defendants prior to filing his Motion to Compel.

2 |     The court's discovery and scheduling order issued June 15, 2004, stated specifically that
3 | all discovery was to comply with all pertinent rules including Rules 5, 7, 11, 26, and 37 of the
4 | Federal Rules of Civil Procedure and Rules 11-110, 7-130, 7-131, 7-132, 5-134, 5-135, 6-136,
5 | 43-140 and 78-230(m) of the Local Rules of Practice for the United States Court.

6 |     Rule 37(a)(2)(A) of the Federal Rules of Civil Procedure provides that a motion to
7 | compel contain certification that the moving party has, in good faith, conferred or attempted to
8 | confer with the party not making the disclosure in an effort to secure the disclosure without court
9 | intervention.  The Motion before the Court, however, contains no certification that plaintiff has
10 | complied with the meet and confer requirement imposed by the rules.  In addition, Plaintiff has
11 | failed to timely file his Motion to Compel.

12 |     On December 9, 2004, the Court extended the deadline to and including  January 31,
13 | 2005, however, the extension applied only to "discovery pending as of " December 9, 2004.  As
14 | of December 9, 2004, however, there was no discovery regarding Plaintiff's obtaining a copy of
15 | his deposition pending.  Even so, the deadline for the completion of all discovery and the filing
16 | of Motions to Compel expired on January 31, 2005, and thus, the submission of this Motion to
17 | Compel is untimely.

18 |     Pursuant to Rule 5 of the Federal Rules of Civil Procedure and Local Rule 5-135(b), all
19 | pleadings filed with the Court <u>must</u> <u>be</u> <u>served</u> <u>on</u> <u>the</u> <u>opposing</u> <u>party</u>.  Local Rule 5-135(b);
20 | Fed.R.Civ.P. 5.  The Court has examined the Motion for Summary Judgment filed by Defendants
21 | on April 14, 2005, and the accompanying Exhibit A of which Plaintiff alleges is incomplete.  The
22 | copy of Exhibit A filed with the Court is also incomplete.  However, the Court has noted that the
23 | portions of the Motion that reference "Exhibit A" refer to those portions of the deposition that
24 | were actually provided to both the Court and Plaintiff.   It is likely that the deposition transcript is
25 | voluminous and thus, Defendants have only provided those portions of the transcript that are
26 | cited to in the Motion for Summary Judgment and are relevant to the resolution of the Motion.
27 | Accordingly, Plaintiff is not entitled to a complete copy of the deposition under the service
28 | requirements of Rule 5.

1    Pursuant to Rule 30(e) of the Federal Rules of Civil Procedure, "[i]f requested by the
2 deponent or a party before completion of the deposition, the deponent shall have 30 days after
3 being notified by the officer that the transcript or recording is available in which to review the
4 transcript or recording and, if there are changes in form or substance, to sign a statement reciting
5 such changes and the reasons given by the deponent for making them." Fed. R. Civ. Pro. 30(e).
6 Although this portion of Rule 30 authorizes the Plaintiff to review a copy of the deposition at his
7 request, it does not authorize him to photocopy or retain a copy of the transcript for his own
8 records and purposes.  If plaintiff wishes to obtain a copy for his own records, he must pay for it,
9 pursuant to Rule 30(f)(2) of the Federal Rules of Civil Procedure

10    Accordingly, the Court HEREBY ORDERS:
11    1.    Plaintiff's Motion to Compel is DENIED:
12    2.    The Request for an Extension of time to file an Opposition to the Motion for
13         Summary Judgment is GRANTED.  The Opposition is DUE within thirty (30)
14         days of the date of service of this Order.
15    No further extensions will be granted but upon a showing of good cause.

17 IT IS SO ORDERED.
18 **Dated:   May 12, 2005**            **/s/ Sandra M. Snyder**
   icido3                               UNITED STATES MAGISTRATE JUDGE